UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 22308
  JOSE M VASQUEZ
  OLIBA VASQUEZ                           CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
       Debtor
  SSN XXX-XX-1488     SSN XXX-XX-5210
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/07 and confirmed on 02/25/08.

2. The case was dismissed after confirmation, 07/17/2008.

3. The Debtor paid a total of $ 4200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 3224.00 | .00 | .00 |
| AMERICAN EAGLE BANK | SECURED VEHIC | 12809.06 | 491.78 | 2418.56 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BAY AREA CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 222.71 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 213.10 | .00 | .00 |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |
| PRO REC SYS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET NATIONAL BANK | UNSECURED | 371.06 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16033.06 | .00 | 806.87 | .00 | 16839.93 |

```
PRINCIPAL PAID         2418.56          .00        .00        .00     2418.56
INTEREST PAID           491.78          .00        .00        .00      491.78
TOTAL PAID             2910.34          .00        .00        .00     2910.34
```

The Debtor's attorney, CHANG & CARLIN             , was allowed $   3500.00
and was paid $   1517.00  direct and $   1051.57  through the plan.

The Trustee received $     238.09 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE